

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAMON MENDOZA, | § | No. 08-13-00293-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D01615) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect Appellant's plea of "not true" to the State's notice of enhancement, and the jury's "true" enhancement finding. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.